

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00560-CV

**ESTATE OF GEORGE LEE MABE**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2012-PC-0373
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

Delivered and Filed:  February 13, 2013

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by December 21, 2012.  Neither the brief nor a motion for extension of time has been filed.  Accordingly, on January 8, 2013, this court ordered appellant, who is pro se, to file her brief no later than January 22, 2013.  Our order warned appellant that if she failed to file the brief by this date, this appeal would be dismissed for want of prosecution.  TEX. R. APP. P. 38.8(a)(1).

On February 4, 2013, appellant filed a motion asking that our January 8, 2013 order be dismissed because the order "is irrelevant evidence, which is inadmissible in [a] Court of Law since it serves no function because there is not the filing clock's samps [sic] seal of this Appeal Court on this Order and Cover Sheet."  The motion is denied.

Because appellant has failed to comply with an order of this court directing her to file her appellant's brief, this appeal is dismissed. TEX. R. APP. P. 38.8(a)(1).


PER CURIAM